**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| EASTERN STEEL CONSTRUCTORS, INC., | : | No. 574 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| INTERNATIONAL FIDELITY INSURANCE | : | |
| COMPANY, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| EASTERN STEEL CONSTRUCTORS, INC., | : | No. 609 MAL 2022 |
| | : | |
| Cross-Petitioner | : | |
| v. | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| INTERNATIONAL FIDELITY INSURANCE | : | from the Order of the Superior Court |
| COMPANY, | : | |
| | : | |
| | : | |
| | : | |
| Respondent | : | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2023, the application to strike at 574 MAL 2022 is **DENIED**, and the Petition for Allowance of Appeal at 574 MAL 2022 is **GRANTED, LIMITED** to the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

(1)  Whether a surety is liable for attorneys' fees and/or contractual interest under the terms of a payment bond that covers only labor, materials and equipment?

(2)  Whether a surety is bound by a default judgment entered in an arbitration to which the surety was not a party and despite a provision in the bond specifying that litigation against the surety will proceed in a court of law?

The Cross-Petition for Allowance of Appeal at 609 MAL 2022 is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, as stated by Cross-Petitioner, but edited for clarity, is:

Whether Pennsylvania's insurance bad faith statute, 42 Pa.C.S. § 8371, applies to surety contracts/policies issued by insurance companies?